UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| DONNIE M. HEAD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 3:13-cv-00208-RLY-WGH |
| ) | |
| PROFESSIONAL TRANSPORTATION, ) | |
| INC., and RONALD D. ROMAIN, ) | |
| individually and as president of ) | |
| PROFESSIONAL TRANSPORTATION, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58**

The Court, having this day made its Entry directing the entry of final judgment, now enters **FINAL JUDGMENT**.

Judgment is entered in favor of the Defendants, Professional Transportation, Inc. and Ronald D. Romain, and against the Plaintiff, Donnie M. Head.  The Plaintiff shall take nothing by his Complaint (Filing No. 1) and this action is terminated.

Date: September 30, 2015

_____
RICHARD L. YOUNG,  CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By:  Deputy Clerk

1

Distributed Electronically to Registered Counsel of Record.